FILED

DEC 0 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIA JOSEFINA VERDUGO,<br><br>  Defendant. | 1:08-cr-00099 AWI<br><br>ORDER ON GOVERNMENT'S<br>MOTION TO DISMISS<br>(Fed. R. Crim. P. 48 (a)) |

ORDER

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed as to Maria Josefina Verdugo.

Dated: December _1_, 2008

Anthony W. Ishii
U.S. District Judge

1